# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# MINUTE ORDER

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Northern Capital, Inc. |
| **Case Number:** | 17-04845-LT11     **Chapter:** 11 |
| **Date / Time / Room:** | 12/06/2023 9:30 AM    DEPARTMENT 3 |
| **Bankruptcy Judge:** | Laura S. Taylor |
| **Courtroom Clerk:** | Russ Paluso |
| **FTR/ ECRO:** | None |

### Matters:

ORDER TO SHOW CAUSE RE: CONVERSION (fr 9/20/23)

### Appearances:

NO APPEARANCES

### Disposition:

Case dismissed pursuant to the Court's Tentative Ruling. Order to be entered by the Court.